IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE JURY DIVISION

CASSANDRA GRUBB, *et al.*,

        Plaintiff,

v.                    Civil Action No. 3:17-cv-00316-DJH

ERJ DINING, LLC,

        Defendant.

## STIPULATION OF DISMISSAL

The parties hereby **STIPULATE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is (i) **DISMISSED WITH PREJUDICE** as to Originating Plaintiff Casandra Grubb and (ii) **DISMISSED WITHOUT PREJUDICE** with respect to all remaining opt-in plaintiffs, including Kelsey Perez, Alivia Perkins, and Lucian Szlizewski. All parties shall bear their own costs.

Date:  September 29, 2017          Respectfully submitted,

                                          /s/ David W. Garrison

                                          Jerry Martin*
                                          David Garrison*
                                          Barrett Johnston Martin & Garrison, LLC
                                          414 Union Street, Suite 900
                                          Nashville, TN  37219
                                          (615) 244-2202

                                          Peter Winebrake*
                                          Winebrake & Santillo, LLC
                                          715 Twining Road, Suite 211
                                          Dresher, PA 19025
                                          (215) 884-2491

                                          Andrew J. Horne
                                          Horne Law Office
                                          517 West Ormsby Avenue
                                          Louisville, Kentucky 40203

(502) 637-1222

*Admitted Pro Hac Vice*
*Attorneys for Plaintiff and Putative Collective*

<u>/s/ Gerald L. Maatman, Jr. (with permission)</u>

Gerald L. Maatman, Jr.
Jennifer A. Riley
John S. Marrese
Alex W. Karasik
Seyfarth Shaw LLP - Chicago
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
312-460-5000
Fax: 312-460-7000
gmaatman@seyfarth.com
jriley@seyfarth.com
jmarrese@seyfarth.com
akarasik@seyfarth.com

Mark S. Fenzel
Loren T. Prizant
Middleton Reutlinger
401 S. Fourth Street, Suite 2600
Louisville, KY 40202
502-584-1135
Fax: 502-561-0442
mfenzel@middreut.com
lprizant@middreut.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of this *Stipulation of Dismissal* was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties as indicated below through the Court's ECF system on September 29, 2017.

**Gerald L. Maatman, Jr.**
**Jennifer A. Riley**
**John S. Marrese**
**Alex W. Karasik**
Seyfarth Shaw LLP - Chicago
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
312-460-5000
Fax: 312-460-7000
akarasik@seyfarth.com
gmaatman@seyfarth.com
jriley@seyfarth.com
jmarrese@seyfarth.com

**Mark S. Fenzel**
**Loren T. Prizant**
Middleton Reutlinger
401 S. Fourth Street, Suite 2600
Louisville, KY 40202
502-584-1135
Fax: 502-561-0442
mfenzel@middreut.com
lprizant@middreut.com

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
**MARTIN & GARRISON, LLC**

3