UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CASSANDRA GRUBB, et al.,                                                                        Plaintiffs,

v.                                                                    Civil Action No. 3:17-cv-316-DJH-DW

ERJ DINING, LLC,                                                                                Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice as to the claims asserted by Plaintiff Cassandra Grubb and without prejudice as to the claims asserted by Plaintiffs Kelsey Perez, Alivia Perkins, and Lucian Szlizewski.  (Docket No. 31)  The stipulation is signed by all parties who have appeared.  (*See id.*)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice as to Plaintiff Cassandra Grubb and without prejudice as to Plaintiffs Kelsey Perez, Alivia Perkins, and Lucian Szlizewski pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All claims having been resolved, this action is **STRICKEN** from the Court's active docket.  All dates and deadlines set in this matter are **VACATED**.

October 2, 2017

**David J. Hale, Judge**
**United States District Court**